**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA BESHAI,<br><br>     Plaintiff,<br><br>v.<br><br>THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>     Defendants. | Case No. 8:18-cv-00412-CJC-DFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated September 21, 2018

By: _____
United States District Court Judge